**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1436

DARYL GREEN,

Plaintiff - Appellant,

v.

ROSENBERG & ASSOCIATES, LLC; DIANE S. ROSENBERG; MARK D. MEYER; JOHN A. ANSELL, III; KENNETH SAVITZ; CAROLINE FIELDS; JENNIFER ROCHINO; WILMINGTON SAVINGS FUND SOCIETY, FSB, As Trustee for The Primestar-H Fund I Trust; STATEBRIDGE COMPANY, LLC; PROF-2014-S2 LEGAL TITLE TRUST II, by U.S. Bank National Association as Legal Title Trustee; FAY SERVICING, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:17-cv-00732-PJM)

Submitted: July 19, 2018                    Decided: July 23, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daryl A. Green, Appellant Pro Se.  Sara Nicholson Tussey, ROSENBERG & ASSOCIATES, LLC, Vienna, Virginia; Mary Seminara Diemer, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl A. Green appeals from the district court's orders: (1) dismissing his civil action in which he asserted violations of various consumer protection statutes in connection with proceedings to foreclose on his home, and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Rosenberg & Assocs., LLC*, No. 8:17-cv-00732-PJM (D. Md. Mar. 7, 2018; Apr. 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*